# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DURAN HIGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRK TORRES, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 15-2621 JFW(JC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On December 29, 2015, plaintiff Keven Duran High ("plaintiff"), who is in custody and proceeding *pro se*, was permitted, pursuant to 28 U.S.C. § 1915, to file the instant action without prepayment of the full filing fee of $350.00, provided plaintiff paid to the Clerk of Court: (1) an initial partial payment of the filing fee ($2.00) within thirty (30) days; and (2) subsequent monthly partial payments. Such order expressly advised plaintiff that the failure to remit the initial partial filing fee may result in dismissal of the case.

On July 18, 2016, the Court belatedly received an insufficient initial partial payment ($.15) from plaintiff. To date, the court has not received the balance of the initial partial payment ($1.85) or any other payments from plaintiff.

On April 4, 2017, the court issued an Order to Show Cause directing plaintiff, within twenty-one (21) days, to show cause why this action should not be dismissed

without prejudice due to plaintiff's failure to pay the full amount of the initial partial payment of the filing fee and the subsequent partial payments of the filing fee. The Order to Show Cause further directed that plaintiff's response to the Order to Show Cause specifically include a certified copy of plaintiff's prison trust account statement for the last sixty (60) days. It also expressly cautioned plaintiff that the failure timely to file the foregoing documents may lead to dismissal without prejudice of this action.

Plaintiff's deadline to file a response to the Order to Show Cause expired on April 25, 2017. To date, plaintiff has failed to pay the full amount of the initial partial payment of the filing fee and to pay any subsequent monthly partial payments as required by 28 U.S.C. § 1915 and the December 29, 2015 order, and has failed to respond to the Order to Show Cause or to provide the court with a certified copy of his prison trust account statement for the last sixty (60) days. As noted above, plaintiff has already been cautioned that his failure to perform such acts may result in the dismissal of this action.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice and that judgment be entered accordingly .

IT IS SO ORDERED.

DATED: May 11, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE