JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DURAN HIGH, <br><br> Plaintiff, <br><br> v. <br><br> KIRK TORRES, et al., <br><br> Defendants. | Case No. EDCV 15-2621 JFW(JC) <br><br> JUDGMENT |

In accordance with the concurrently issued Order Dismissing Action without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: May 11, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE